# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON E. THOMAS,<br><br>         Plaintiff,<br>vs.<br>JEANNE S. WOODFORD, et al.,<br><br>         Defendant. | CASE NO. 07CV1358 WQH (AJB)<br><br>ORDER CLOSING CASE |

HAYES, Judge:

  On July 25, 2007, Petitioner Jackson E. Thomas filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. # 1). Thereafter, on August 9, 2007, the Court dismissed the Petition without prejudice and with leave to amend on the grounds that Petitioner failed to name the proper respondent. (Doc. # 3). As noted in the Court's Order of August 9, 2007, "[t]he actual person who is [the] custodian [of the petitioner] must be the respondent." (Doc. # 3 at 2); *see also Ashley v. Washington*, 394 F.2d 125, 126 (9th Cir. 1968); *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992).

  On October 9, 2007, Petitioner filed an ex parte motion requesting an extension of time to file a First Amended Petition (Doc. # 4). On October 15, 2007, this Court granted the ex parte motion and ordered Petitioner to file a First Amended Petition on or before November 19, 2007. (Doc. # 5).

  Petitioner did not file a First Amended Petition on or before November 19, 2007. Accordingly, the Clerk of the Court is Ordered to close this case.

  **IT IS SO ORDERED**.

DATED: February 19, 2008

                    *William Q. Hayes*
                  **WILLIAM Q. HAYES**
                  United States District Judge